# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Kia M. Callands,

        Debtor.

Case No. 19-16391-amc

Chapter 13

## Withdrawal of Appearance

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date: June 11, 2024

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
    Erik B. Jensen
    1500 Walnut Street, Suite 1510
    Philadelphia, PA 19102
    215-546-4700
    erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtor in this matter.

Date: June 11, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com