**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Kia M. Callands**<br>    Debtor<br><br>**Nationstar Mortgage LLC**<br>    Movant<br>v.<br>**Kia M. Callands**<br>    Debtor/Respondent<br>**KENNETH E. WEST, Esquire**<br>    Trustee/Respondent | Bankruptcy No. 19-16391-amc<br><br>Chapter 13<br><br>Hearing Date: July 9, 2024<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Suite 400<br>Philadelphia, PA 19107<br>Courtroom Number #4 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 82, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 2, 2024

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Kia M. Callands**<br>    Debtor<br><br>**Nationstar Mortgage LLC**<br>    Movant<br>v.<br>**Kia M. Callands**<br>    Debtor/Respondent<br>**KENNETH E. WEST, Esquire**<br>    Trustee/Respondent | Bankruptcy No. 19-16391-amc<br><br>Chapter 13<br><br>Hearing Date: July 9, 2024<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Suite 400<br>Philadelphia, PA 19107<br>Courtroom Number #4 |

## CERTIFICATE OF SERVICE OF MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 2, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Kia M. Callands**
6721 Kindred Street
Philadelphia, PA 19149

**Michael A. Cibik**
CIBIK LAW, P.C.
1500 Walnut Street,
Suite 900
Philadelphia, PA 19102
215-735-1060
Mail@cibiklaw.com

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Date:  July 2, 2024

                    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                    Attorney for Movant
                    13010 Morris Rd., Suite 450
                    Alpharetta, GA 30004
                    Telephone: 470-321-7112
                    By: /s/ Michelle L. McGowan
                    Michelle L. McGowan
                    PA Bar Number 62414
                    Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Kia M. Callands**<br>   Debtor<br>**Nationstar Mortgage LLC**<br>   Movant<br>v.<br>**Kia M. Callands**<br>   Debtor/Respondent<br>**KENNETH E. WEST, Esquire**<br>   Trustee/Respondent | **Bankruptcy No. 19-16391-amc**<br><br>**Chapter 13** |

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this        day of            , 2024, upon consideration of Nationstar Mortgage LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC; and it is further

ORDERED, that Nationstar Mortgage LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 6721 Kindred Street, Philadelphia, Pennsylvania 19149, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar Mortgage LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge