# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Kia M. Callands<br>    Debtor<br><br>Nationstar Mortgage LLC<br>    Movant<br><br>v.<br><br>Kia M. Callands<br>    Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>    Trustee/Respondent | **Bankruptcy No. 19-16391-amc**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 10th day of July, 2024, upon consideration of Nationstar Mortgage LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC; and it is further

ORDERED, that Nationstar Mortgage LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 6721 Kindred Street, Philadelphia, Pennsylvania 19149, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar Mortgage LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge