United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Kia M. Callands

    Debtor

Case No. 19-16391-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia M. Callands, 6721 Kindred Street, Philadelphia, PA 19149-2204 |
| 14403709 | + | Jeanes Hospital, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14407182 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14403721 | #+ | Shapiro & Denardo LLC, 3600 Horizon Drive Suite 150, King of Prussia, PA 19406-4702 |
| 14403729 | + | The Eye Institute Oak Lane, PO Box 7615, P.O. Box 95000, Philadelphia, PA 19195-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | Jul 18 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14403694 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Jul 18 2024 00:22:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14403696 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 18 2024 00:36:29 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14403697 | + | Email/Text: bk@avant.com | | |
| | | | Jul 18 2024 00:23:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14483819 | | Email/Text: megan.harper@phila.gov | | |
| | | | Jul 18 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14403698 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 18 2024 00:32:59 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14403699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 18 2024 00:23:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14403700 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 18 2024 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14403701 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 18 2024 00:23:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14403702 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 4
Date Rcvd: Jul 17, 2024                       Form ID: 138OBJ                          Total Noticed: 42

| | | Jul 18 2024 00:36:43 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14440311 | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14480931 | Email/Text: ECMCBKNotices@ecmc.org | Jul 18 2024 00:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14403703 | + Email/Text: bknotice@ercbpo.com | Jul 18 2024 00:23:00 | ERC, P.O. box 23870, Jacksonville, FL 32241-3870 |
| 14403704 | + Email/Text: bknotice@ercbpo.com | Jul 18 2024 00:23:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14403705 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 18 2024 00:23:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14413085 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 00:23:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14439368 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14403710 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2024 00:22:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14882507 | + Email/Text: RASEBN@raslg.com | Jul 18 2024 00:22:00 | Nationstar Mortgage LLC, c/o ROBERTSON, ANSCHUTZ, SCHNEID, CRANE, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 14417888 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2024 00:22:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14403711 | + Email/PDF: pa_dc_claims@navient.com | Jul 18 2024 00:33:05 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403718 | + Email/PDF: pa_dc_claims@navient.com | Jul 18 2024 01:56:45 | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14419212 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 18 2024 00:22:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14403720 | + Email/Text: bnc@nordstrom.com | Jul 18 2024 00:22:54 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14418520 | + Email/Text: bncnotifications@phea.org | Jul 18 2024 00:22:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14434157 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 01:56:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14438479 | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14403722 | + Email/Text: courts@southjerseyfcu.com | Jul 18 2024 00:23:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 14403725 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:34:42 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14403724 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:33:12 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14794578 | + Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 00:35:25 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14438920 | ^ MEBN | Jul 18 2024 00:08:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14403726 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Jul 17, 2024 | Form ID: 138OBJ | Total Noticed: 42

| | | Jul 18 2024 00:35:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14403727 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 18 2024 00:35:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14440952 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 18 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14403728 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 18 2024 00:23:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14406036 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75 |
| 14403706 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14403707 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14403708 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14403712 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403713 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403714 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403715 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403716 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403717 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14403719 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14403723 | *+ | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 14403695 | ##+ | Allied Account Services, 422 Bedford Avenue, Bellmore, NY 11710-3545 |

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| JEFFREY M. CARBINO | on behalf of Debtor Kia M. Callands jcarbino@leechtishman.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | |

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM

MICHAEL A. CIBIK
    on behalf of Debtor Kia M. Callands help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*Form 138OBJ* (6/24)–doc 89 – 78

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kia M. Callands | ) | Case No. 19–16391–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 17, 2024

For The Court

Timothy B. McGrath
Clerk of Court